IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STRONG TOWER ENTERPRISES, LLC, ) | |
| *Et Al.*, ) | |
| ) | |
| Defendants. ) | Civil Action No. 6:21-CV-078-C |

## PARTIAL DEFAULT DECLARATORY JUDGMENT

On this day, the Court considered Plaintiff's Motion for Default Judgment against Defendants Strong Tower Enterprises, LLC and King's Strong Tower Enterprises, LLC, filed April 1, 2022. Having considered the motion and brief, the affidavits in support thereof, and other matters of record, the Court finds: (i) Strong Tower Enterprises, LLC was served on January 11, 2022; (ii) King's Strong Tower Enterprises, LLC was served on February 14, 2022; (iii) Defendants have failed to answer or defend within the time allowed and the time to do so has now expired; (iv) on April 1, 2022, a default was entered against Defendants by the Clerk of Court as provided by law; and (v) Defendants are not infants, incompetent persons, or in the military service.

Accordingly, the Court **ORDERS** that Plaintiff's Motion for Default Judgment against Defendants Strong Tower Enterprises, LLC and King's Strong Tower Enterprises, LLC be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** as follows:

(1) The policies of insurance Plaintiff issued to Strong Tower Enterprises, LLC (the "Policies") do not provide coverage for the underlying lawsuit styled *KGPCo Services, L.L.C. f/k/a BlueStream Professional Services, L.L.C. v. King's Strong Tower Enterprises, LLC*, Civil Action No. 6:21-cv-00050-C, in the United States District Court for the Northern District of Texas (the "underlying lawsuit");

(2) Plaintiff has no duty to defend Strong Tower Enterprises, LLC in the underlying lawsuit; and

(3) Plaintiff has no duty to defend King's Strong Tower Enterprises, LLC in the underlying lawsuit.

SO ORDERED.

Dated April 26, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE