IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| STRONG TOWER ENTERPRISES, LLC, *Et Al.*, | ) ) ) ) |
| Defendants. | ) Civil Action No. 6:21-CV-078-C |

## ORDER

The Court considered the Joint Stipulation of Dismissal, filed February 21, 2023.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a) (1)(A)(ii) with each Party to bear its own costs.

SO ORDERED.

Dated this 22nd day of February, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE